# United States Bankruptcy Court
## Southern District of Florida

In re **David Holguin Sepulveda** Debtor(s)

Case No. **26-20121**
Chapter **7**

## DECLARATION REGARDING PAYMENT ADVICES - AMENDED

Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv), Fed. R. Bankr. P. 1007(b)(1)(E), and Local Rule 1007-1(c), the debtor declares as follows:

**Debtor:**

■ Copies of all payment advices or other evidence of payment that the debtor received from any employer within 60 days before the petition was filed—**with all but the last 4 digits of the debtor's social security number or individual taxpayer identification number deleted**—are attached.
________)

☐ No copies of payment advices or other evidence of payment are attached because the debtor did not receive any payment from any employer within 60 days before the petition was filed.

☐ No copies of payment advices or other evidence of payment are attached because the debtor:
- ☐ receives disability payments
- ☐ is unemployed and does not receive unemployment compensation
- ☐ receives social security payments
- ☐ receives a pension
- ☐ does not work outside the home
- ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide copies of all payment advices or other evidence of payment that the debtor received from any employer within 60 days before the petition was filed because: ________

**Joint Debtor (if applicable):**

☐ Copies of all payment advices or other evidence of payment that the debtor received from any employer within 60 days before the petition was filed—**with all but the last 4 digits of the joint debtor's social security number or individual taxpayer identification number deleted**—are attached.
________)

☐ No copies of payment advices or other evidence of payment are attached because the joint debtor did not receive any payment from any employer within 60 days before the petition was filed.

☐ No copies of payment advices or other evidence of payment are attached because the joint debtor::
- ☐ receives disability payments
- ☐ is unemployed and does not receive unemployment compensation
- ☐ receives Social Security payments
- ☐ receives a pension
- ☐ does not work outside the home
- ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the joint debtor is unable to timely provide copies of all payment advices or other evidence of payment that the joint debtor received from any employer within 60 days before the petition was filed because: ________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **July 30, 2026**
Date

**/s/ Ismael Jose Labrador**
**Ismael Jose Labrador**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Signature of Attorney or Debtor



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| | | | |
|---|---|---|---|
| **Employer Name:** United Parcel Service | **Employee Name:** DAVID HOLGUIN | **Pay Date:** | 7/17/2026 |
| **Employer Phone:** 1-800-877-6947 | **Employee #:** 6021237 | **Pay Period:** | 7/5/2026 - 7/11/2026 |
| **Employer Address:** 55 Glenlake Parkway NE Atlanta, GA 30328 | **Employee Address:** 7300 NW 114TH AVENUE APT 111 Doral, FL 33178 | **Deposit Advice #:** | 302830195 |
| | **Job Title:** 0311 - Bid Air Driver | **Pay Frequency:** | Weekly |
| | **OpTypeCenterSort:** USA_07_40_FLMIA_PKG_3347 | **Pay Rate:** | 38.1900 |
| | **SSN:** XXX-XX-1214 | **Federal Filing Status:** | Single |
| | | **Federal Exemptions:** | 0/$30.00 |
| | | **State Filing Status:** | (FL) |
| | | **State Exemptions:** | (FL) |

| | Current 7/5/2026 - 7/11/2026 | | | YTD As of 7/11/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **34.2500** | | **$1,374.84** | **820.6500** | **$35,893.40** |
| ADJUSTMENT | | | | 4.0000 | $1,689.20 |
| REGULAR | 30.7500 | 38.1900 | $1,174.34 | 754.2000 | $28,869.23 |
| OVERTIME | 3.5000 | 57.2850 | $200.50 | 28.0000 | $1,615.27 |
| DOUBLETIME | | | | 2.4500 | $187.13 |
| GRIEVANCENNHRS | | | | | $2,310.49 |
| HOLIDAY | | | | 24.0000 | $916.56 |
| OPTWKTAKEN | | | | 8.0000 | $305.52 |
| **Pre-Tax Deductions** | | | **$27.50** | | **$671.64** |
| PRU 401K | | | $27.50 | | $671.64 |
| **Taxes** | | | **$298.16** | | **$7,665.33** |
| Fed W/H | | | $192.99 | | $4,919.49 |
| FICA EE | | | $85.24 | | $2,225.39 |
| MEDICARE EE | | | $19.93 | | $520.45 |
| **Deductions** | | | **$293.92** | | **$2,643.32** |
| GARNISHMENT 1 | | | $269.17 | | $1,973.07 |
| UNION DUES | | | $23.75 | | $641.25 |
| DRIVE | | | $1.00 | | $29.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$755.26** | | **$24,913.11** |
| Direct Deposit | 267084131 | XXXXX9903 | $755.26 | | |

## Other Payroll Information

| | |
|---|---|
| TOTAL HOURS | 34.2500 |
| Total Hours Worked | 34.2500 |

## Accruals & Balances

| | |
|---|---|
| Option Week Hours Balance: | 20.00 Hours |
| Option Day Days Balance: | 1.00 Days |
| Other Hours Balance: | 0.00 Hours |
| Vacation Hours Balance: | 40.00 Hours |

dayforce

| | | | |
|---|---|---|---|
| **Employer Name:** | United Parcel Service | **Employee Name:** | DAVID HOLGUIN |
| **Employer Phone:** | 1-800-877-6947 | **Employee #:** | 6021237 |
| **Employer Address:** | 55 Glenlake Parkway NE<br>Atlanta, GA 30328 | **Employee Address:** | 7300 NW 114TH AVENUE APT 111<br>Doral, FL 33178 |
| | | **Job Title:** | 0311 - Bid Air Driver |
| | | **OpTypeCenterSort:** | USA_07_40_FLMIA_PKG_3347 |
| | | **SSN:** | XXX-XX-1214 |

| | |
|---|---|
| **Pay Date:** | 7/10/2026 |
| **Pay Period:** | 6/28/2026 - 7/4/2026 |
| **Deposit Advice #:** | 298768606 |
| **Pay Frequency:** | Weekly |
| **Pay Rate:** | 38.1900 |
| **Federal Filing Status:** | Single |
| **Federal Exemptions:** | 0/$30.00 |
| **State Filing Status:** | (FL) |
| **State Exemptions:** | (FL) |

| | Current 6/28/2026 - 7/4/2026 | | | YTD As of 7/4/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **22.7500** | | **$868.82** | 786.4000 | **$34,518.56** |
| ADJUSTMENT | | | | 4.0000 | $1,689.20 |
| REGULAR | 14.7500 | 38.1900 | $563.30 | 723.4500 | $27,694.89 |
| OVERTIME | | | | 24.5000 | $1,414.77 |
| DOUBLETIME | | | | 2.4500 | $187.13 |
| GRIEVANCENNHRS | | | | | $2,310.49 |
| HOLIDAY | 4.0000 | 38.1900 | $152.76 | 24.0000 | $916.56 |
| OPTWKTAKEN | 4.0000 | 38.1900 | $152.76 | 8.0000 | $305.52 |
| **Pre-Tax Deductions** | | | **$17.38** | | **$644.14** |
| PRU 401K | | | $17.38 | | $644.14 |
| **Taxes** | | | **$176.57** | | **$7,367.17** |
| Fed W/H | | | $110.10 | | $4,726.50 |
| FICA EE | | | $53.87 | | $2,140.15 |
| MEDICARE EE | | | $12.60 | | $500.52 |
| **Deductions** | | | **$197.81** | | **$2,349.40** |
| GARNISHMENT 1 | | | $173.06 | | $1,703.90 |
| UNION DUES | | | $23.75 | | $617.50 |
| DRIVE | | | $1.00 | | $28.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$477.06** | | **$24,157.85** |
| Direct Deposit | 267084131 | XXXXX9903 | $477.06 | | |

283.98
102.91
4.66

## Other Payroll Information

| | |
|---|---|
| TOTAL HOURS | 14.7500 |
| Total Hours Worked | 14.7500 |

## Accruals & Balances

| | |
|---|---|
| Option Week Hours Balance: | 24.00 Hours |
| Option Day Days Balance: | 1.00 Days |
| Other Hours Balance: | 0.00 Hours |
| Vacation Hours Balance: | 40.00 Hours |

dayforce



https://upspayroll.dayforcehcm.com/MyDayforce/u/q8DSIWNkoU6...VFYXJuaW5nPyZPbk5hdmlnYXRiPUNyZWF0ZU5ld1JlcXVlc3Q%3D 7/21/26, 17:26
Página 1 de 1

| | | | |
|---|---|---|---|
| **Employer Name:** United Parcel Service | **Employee Name:** DAVID HOLGUIN | **Pay Date:** | 7/3/2026 |
| **Employer Phone:** 1-800-877-6947 | **Employee #:** 6021237 | **Pay Period:** | 6/21/2026 - 6/27/2026 |
| **Employer Address:** 55 Glenlake Parkway NE Atlanta, GA 30328 | **Employee Address:** 7300 NW 114TH AVENUE APT 111 Doral, FL 33178 | **Deposit Advice #:** | 294908726 |
| | **Job Title:** 0311 - Bid Air Driver | **Pay Frequency:** | Weekly |
| | **OpTypeCenterSort:** USA_07_40_FLMIA_PKG_3347 | **Pay Rate:** | 38.1900 |
| | **SSN:** XXX-XX-1214 | **Federal Filing Status:** | Single |
| | | **Federal Exemptions:** | 0/$30.00 |
| | | **State Filing Status:** | (FL) |
| | | **State Exemptions:** | (FL) |

| | Current 6/21/2026 - 6/27/2026 | | | YTD As of 6/27/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **25.7200** | | **$1,049.08** | **763.6500** | **$33,649.74** |
| ADJUSTMENT | | | | 4.0000 | $1,689.20 |
| REGULAR | 22.2200 | 38.1900 | $848.58 | 708.7000 | $27,131.59 |
| OVERTIME | 3.5000 | 57.2850 | $200.50 | 24.5000 | $1,414.77 |
| DOUBLETIME | | | | 2.4500 | $187.13 |
| GRIEVANCENNHRS | | | | | $2,310.49 |
| HOLIDAY | | | | 20.0000 | $763.80 |
| OPTWKTAKEN | | | | 4.0000 | $152.76 |
| **Pre-Tax Deductions** | | | **$20.98** | | **$626.76** |
| PRU 401K | | | $20.98 | | $626.76 |
| **Taxes** | | | **$211.55** | | **$7,190.60** |
| Fed W/H | | | $131.30 | | $4,616.40 |
| FICA EE | | | $65.04 | | $2,086.28 |
| MEDICARE EE | | | $15.21 | | $487.92 |
| **Deductions** | | | **$234.13** | | **$2,151.59** |
| GARNISHMENT 1 | | | $209.38 | | $1,530.84 |
| UNION DUES | | | $23.75 | | $593.75 |
| DRIVE | | | $1.00 | | $27.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$582.42** | | **$23,680.79** |
| Direct Deposit | 267084131 | XXXXX9903 | $582.42 | | |

## Other Payroll Information

| | |
|---|---|
| TOTAL HOURS | 25.7200 |
| Total Hours Worked | 25.7200 |

## Accruals & Balances

| | |
|---|---|
| Option Week Hours Balance: | 24.00 Hours |
| Option Day Days Balance: | 1.00 Days |
| Other Hours Balance: | 0.00 Hours |
| Vacation Hours Balance: | 40.00 Hours |

dayforce

**Employer Name:** United Parcel Service
**Employer Phone:** 1-800-877-6947
**Employer Address:** 55 Glenlake Parkway NE
Atlanta, GA 30328

**Employee Name:** DAVID HOLGUIN
**Employee #:** 6021237
**Employee Address:** 7300 NW 114TH AVENUE APT 111
Doral, FL 33178
**Job Title:** 0311 - Bid Air Driver
**OpTypeCenterSort:** USA_07_40_FLMIA_PKG_3347
**SSN:** XXX-XX-1214

**Pay Date:** 6/18/2026
**Pay Period:** 6/7/2026 - 6/13/2026
**Deposit Advice #:** 283394367
**Pay Frequency:** Weekly
**Pay Rate:** 38.1900
**Federal Filing Status:** Single
**Federal Exemptions:** 0/$30.00
**State Filing Status:** (FL)
**State Exemptions:** (FL)

| | Current 6/7/2026 - 6/13/2026 | | | YTD As of 6/13/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **33.1100** | | **$1,264.47** | **700.4200** | **$31,094.63** |
| ADJUSTMENT | | | | 4.0000 | $1,689.20 |
| REGULAR | 33.1100 | 38.1900 | $1,264.47 | 652.8200 | $24,997.53 |
| OVERTIME | | | | 17.1500 | $993.72 |
| DOUBLETIME | | | | 2.4500 | $187.13 |
| GRIEVANCENNHRS | | | | | $2,310.49 |
| HOLIDAY | | | | 20.0000 | $763.80 |
| OPTWKTAKEN | | | | 4.0000 | $152.76 |
| **Pre-Tax Deductions** | | | **$25.29** | | **$575.66** |
| PRU 401K | | | $25.29 | | $575.66 |
| **Taxes** | | | **$265.93** | | **$6,642.56** |
| Fed W/H | | | $169.20 | | $4,263.82 |
| FICA EE | | | $78.40 | | $1,927.87 |
| MEDICARE EE | | | $18.33 | | $450.87 |
| **Deductions** | | | **$274.38** | | **$1,600.33** |
| GARNISHMENT 1 | | | $249.63 | | $1,029.08 |
| UNION DUES | | | $23.75 | | $546.25 |
| DRIVE | | | $1.00 | | $25.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$698.87** | | **$22,276.08** |
| Direct Deposit | 267084131 | XXXXX9903 | $698.87 | | |

## Other Payroll Information

| | |
|---|---|
| TOTAL HOURS | 33.1100 |
| Total Hours Worked | 33.1100 |

## Accruals & Balances

| | |
|---|---|
| Option Week Hours Balance: | 24.00 Hours |
| Option Day Days Balance: | 1.00 Days |
| Other Hours Balance: | 0.00 Hours |
| Vacation Hours Balance: | 40.00 Hours |

dayforce

| | | | |
|---|---|---|---|
| **Employee Name:** | DAVID HOLGUIN | **Pay Date:** | 6/26/2026 |
| **Employee #:** | 6021237 | **Pay Period:** | 6/14/2026 - 6/20/2026 |
| **Employee Address:** | 7300 NW 114TH AVENUE APT 111<br>Doral, FL 33178 | **Deposit Advice #:** | 288572356 |
| | | **Pay Frequency:** | Weekly |
| | | **Pay Rate:** | 38.1900 |
| **Job Title:** | 0311 - Bid Air Driver | **Federal Filing Status:** | Single |
| **OpTypeCenterSort:** | USA_07_40_FLMIA_PKG_3347 | **Federal Exemptions:** | 0/$30.00 |
| | | **State Filing Status:** | (FL) |
| **SSN:** | XXX-XX-1214 | **State Exemptions:** | (FL) |

**Employer Name:** United Parcel Service
**Employer Phone:** 1-800-877-6947
**Employer Address:** 55 Glenlake Parkway NE
Atlanta, GA 30328

| | Current 6/14/2026 - 6/20/2026 | | | YTD As of 6/20/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **37.5100** | | **$1,506.03** | **737.9300** | **$32,600.66** |
| ADJUSTMENT | | | | 4.0000 | $1,689.20 |
| REGULAR | 33.6600 | 38.1900 | $1,285.48 | 686.4800 | $26,283.01 |
| OVERTIME | 3.8500 | 57.2850 | $220.55 | 21.0000 | $1,214.27 |
| DOUBLETIME | | | | 2.4500 | $187.13 |
| GRIEVANCENNHRS | | | | | $2,310.49 |
| HOLIDAY | | | | 20.0000 | $763.80 |
| OPTWKTAKEN | | | | 4.0000 | $152.76 |
| **Pre-Tax Deductions** | | | **$30.12** | | **$605.78** |
| PRU 401K | | | $30.12 | | $605.78 |
| **Taxes** | | | **$336.49** | | **$6,979.05** |
| Fed W/H | | | $221.28 | | $4,485.10 |
| FICA EE | | | $93.37 | | $2,021.24 |
| MEDICARE EE | | | $21.84 | | $472.71 |
| **Deductions** | | | **$317.13** | | **$1,917.46** |
| GARNISHMENT 1 | | | $292.38 | | $1,321.46 |
| UNION DUES | | | $23.75 | | $570.00 |
| DRIVE | | | $1.00 | | $26.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$822.29** | | **$23,098.37** |
| Direct Deposit | 267084131 | XXXXX9903 | $822.29 | | |

## Other Payroll Information

| | |
|---|---|
| TOTAL HOURS | 37.5100 |
| Total Hours Worked | 37.5100 |

## Accruals & Balances

| | |
|---|---|
| Option Week Hours Balance: | 24.00 Hours |
| Option Day Days Balance: | 1.00 Days |
| Other Hours Balance: | 0.00 Hours |
| Vacation Hours Balance: | 40.00 Hours |

dayforce

| | | | | | |
|---|---|---|---|---|---|
| | | Employee Name: | DAVID HOLGUIN | Pay Date: | 5/15/2026 |
| | | Employee #: | 6021237 | Pay Period: | 5/3/2026 - 5/9/2026 |
| | | Employee Address: | 7300 NW 114TH AVENUE APT 111 Doral, FL 33178 | Deposit Advice #: | 264510359 |
| | | | | Pay Frequency: | Weekly |
| | | | | Pay Rate: | 38.1900 |
| | | Job Title: | 0311 - Bid Air Driver | Federal Filing Status: | Single |
| Employer Name: | United Parcel Service | OpTypeCenterSort: | USA_07_40_FLMIA_PKG_3347 | Federal Exemptions: | 0/$30.00 |
| Employer Phone: | 1-800-877-6947 | | | State Filing Status: | (FL) |
| Employer Address: | 55 Glenlake Parkway NE Atlanta, GA 30328 | SSN: | XXX-XX-1214 | State Exemptions: | (FL) |

| | Current 5/3/2026 - 5/9/2026 | | | YTD As of 5/9/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **27.1500** | | **$1,105.98** | **531.8100** | **$24,407.18** |
| ADJUSTMENT | | | | 4.0000 | $1,689.20 |
| REGULAR | 23.5300 | 38.1900 | $898.61 | 488.2100 | $18,711.07 |
| OVERTIME | 3.6200 | 57.2850 | $207.37 | 17.1500 | $993.72 |
| DOUBLETIME | | | | 2.4500 | $187.13 |
| GRIEVANCENNHRS | | | | | $2,062.26 |
| HOLIDAY | | | | 16.0000 | $611.04 |
| OPTWKTAKEN | | | | 4.0000 | $152.76 |
| **Pre-Tax Deductions** | | | **$22.12** | | **$446.89** |
| PRU 401K | | | $22.12 | | $446.89 |
| **Taxes** | | | **$222.60** | | **$5,250.50** |
| Fed W/H | | | $137.99 | | $3,383.35 |
| FICA EE | | | $68.58 | | $1,513.25 |
| MEDICARE EE | | | $16.03 | | $353.90 |
| **Deductions** | | | **$24.75** | | **$471.25** |
| UNION DUES | | | $23.75 | | $451.25 |
| DRIVE | | | $1.00 | | $20.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$836.51** | | **$18,238.54** |
| Direct Deposit | 267084131 | XXXXX9903 | $836.51 | | |

## Other Payroll Information

| | |
|---|---|
| TOTAL HOURS | 27.1500 |
| Total Hours Worked | 27.1500 |

## Accruals & Balances

| | |
|---|---|
| Option Week Hours Balance: | 24.00 Hours |
| Option Day Days Balance: | 1.00 Days |
| Other Hours Balance: | 0.00 Hours |
| Vacation Hours Balance: | 40.00 Hours |

dayforce

| | | | |
|---|---|---|---|
| **Employer Name:** United Parcel Service | **Employee Name:** DAVID HOLGUIN | **Pay Date:** | 5/8/2026 |
| **Employer Phone:** 1-800-877-6947 | **Employee #:** 6021237 | **Pay Period:** | 4/26/2026 - 5/2/2026 |
| **Employer Address:** 55 Glenlake Parkway NE Atlanta, GA 30328 | **Employee Address:** 7300 NW 114TH AVENUE APT 111 Doral, FL 33178 | **Deposit Advice #:** | 260001868 |
| | **Job Title:** 0311 - Bid Air Driver | **Pay Frequency:** | Weekly |
| | **OpTypeCenterSort:** USA_07_40_FLMIA_PKG_3347 | **Pay Rate:** | 38.1900 |
| | **SSN:** XXX-XX-1214 | **Federal Filing Status:** | Single |
| | | **Federal Exemptions:** | 0/$30.00 |
| | | **State Filing Status:** | (FL) |
| | | **State Exemptions:** | (FL) |

| | Current 4/26/2026 - 5/2/2026 | | | YTD As of 5/2/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **11.8500** | | **$452.55** | **504.6600** | **$23,301.20** |
| ADJUSTMENT | | | | 4.0000 | $1,689.20 |
| REGULAR | 11.8500 | 38.1900 | $452.55 | 464.6800 | $17,812.46 |
| OVERTIME | | | | 13.5300 | $786.35 |
| DOUBLETIME | | | | 2.4500 | $187.13 |
| GRIEVANCENNHRS | | | | | $2,062.26 |
| HOLIDAY | | | | 16.0000 | $611.04 |
| OPTWKTAKEN | | | | 4.0000 | $152.76 |
| **Pre-Tax Deductions** | | | **$9.05** | | **$424.77** |
| PRU 401K | | | $9.05 | | $424.77 |
| **Taxes** | | | **$95.75** | | **$5,027.90** |
| Fed W/H | | | $61.14 | | $3,245.36 |
| FICA EE | | | $28.05 | | $1,444.67 |
| MEDICARE EE | | | $6.56 | | $337.87 |
| **Deductions** | | | **$24.75** | | **$446.50** |
| UNION DUES | | | $23.75 | | $427.50 |
| DRIVE | | | $1.00 | | $19.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$323.00** | | **$17,402.03** |
| Direct Deposit | 267084131 | XXXXX9903 | $323.00 | | |

## Other Payroll Information

| | |
|---|---|
| TOTAL HOURS | 11.8500 |
| Total Hours Worked | 11.8500 |

## Accruals & Balances

| | |
|---|---|
| Option Week Hours Balance: | 24.00 Hours |
| Option Day Days Balance: | 1.00 Days |
| Other Hours Balance: | 0.00 Hours |
| Vacation Hours Balance: | 40.00 Hours |

dayforce

| | | | |
|---|---|---|---|
| **Employee Name:** | DAVID HOLGUIN | **Pay Date:** | 5/1/2026 |
| **Employee #:** | 6021237 | **Pay Period:** | 4/19/2026 - 4/25/2026 |
| **Employee Address:** | 7300 NW 114TH AVENUE APT 111 Doral, FL 33178 | **Deposit Advice #:** | 255969695 |
| | | **Pay Frequency:** | Weekly |
| | | **Pay Rate:** | 38.1900 |
| **Job Title:** | 0311 - Bid Air Driver | **Federal Filing Status:** | Single |
| **OpTypeCenterSort:** | USA_07_40_FLMIA_PKG_3347 | **Federal Exemptions:** | 0/$30.00 |
| | | **State Filing Status:** | (FL) |
| **SSN:** | XXX-XX-1214 | **State Exemptions:** | (FL) |

**Employer Name:** United Parcel Service
**Employer Phone:** 1-800-877-6947
**Employer Address:** 55 Glenlake Parkway NE Atlanta, GA 30328

| | Current 4/19/2026 - 4/25/2026 | | | YTD As of 4/25/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **14.0000** | | **$534.66** | **492.8100** | **$22,848.65** |
| ADJUSTMENT | | | | 4.0000 | $1,689.20 |
| REGULAR | 14.0000 | 38.1900 | $534.66 | 452.8300 | $17,359.91 |
| OVERTIME | | | | 13.5300 | $786.35 |
| DOUBLETIME | | | | 2.4500 | $187.13 |
| GRIEVANCENNHRS | | | | | $2,062.26 |
| HOLIDAY | | | | 16.0000 | $611.04 |
| OPTWKTAKEN | | | | 4.0000 | $152.76 |
| **Pre-Tax Deductions** | | | **$10.69** | | **$415.72** |
| PRU 401K | | | $10.69 | | $415.72 |
| **Taxes** | | | **$111.71** | | **$4,932.15** |
| Fed W/H | | | $70.80 | | $3,184.22 |
| FICA EE | | | $33.15 | | $1,416.62 |
| MEDICARE EE | | | $7.76 | | $331.31 |
| **Deductions** | | | **$24.75** | | **$421.75** |
| UNION DUES | | | $23.75 | | $403.75 |
| DRIVE | | | $1.00 | | $18.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$387.51** | | **$17,079.03** |
| Direct Deposit | 267084131 | XXXXX9903 | $387.51 | | |

## Other Payroll Information

| | |
|---|---|
| TOTAL HOURS | 14.0000 |
| Total Hours Worked | 14.0000 |

## Accruals & Balances

| | |
|---|---|
| Option Week Hours Balance: | 24.00 Hours |
| Option Day Days Balance: | 1.00 Days |
| Other Hours Balance: | 0.00 Hours |
| Vacation Hours Balance: | 40.00 Hours |

dayforce

| | | | |
|---|---|---|---|
| **Employer Name:** United Parcel Service | **Employee Name:** DAVID HOLGUIN | **Pay Date:** 4/24/2026 | |
| **Employer Phone:** 1-800-877-6947 | **Employee #:** 6021237 | **Pay Period:** 4/12/2026 - 4/18/2026 | |
| **Employer Address:** 55 Glenlake Parkway NE Atlanta, GA 30328 | **Employee Address:** 7300 NW 114TH AVENUE APT 111 Doral, FL 33178 | **Deposit Advice #:** 252315639 | |
| | **Job Title:** 0311 - Bid Air Driver | **Pay Frequency:** Weekly | |
| | **OpTypeCenterSort:** USA_07_40_FLMIA_PKG_3347 | **Pay Rate:** 38.1900 | |
| | **SSN:** XXX-XX-1214 | **Federal Filing Status:** Single | |
| | | **Federal Exemptions:** 0/$30.00 | |
| | | **State Filing Status:** (FL) | |
| | | **State Exemptions:** (FL) | |

| | Current 4/12/2026 - 4/18/2026 | | | YTD As of 4/18/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **21.0000** | | **$801.99** | 478.8100 | **$22,313.99** |
| ADJUSTMENT | | | | 4.0000 | $1,689.20 |
| REGULAR | 21.0000 | 38.1900 | $801.99 | 438.8300 | $16,825.25 |
| OVERTIME | | | | 13.5300 | $786.35 |
| DOUBLETIME | | | | 2.4500 | $187.13 |
| GRIEVANCENNHRS | | | | | $2,062.26 |
| HOLIDAY | | | | 16.0000 | $611.04 |
| OPTWKTAKEN | | | | 4.0000 | $152.76 |
| **Pre-Tax Deductions** | | | **$16.04** | | **$405.03** |
| PRU 401K | | | $16.04 | | $405.03 |
| **Taxes** | | | **$163.60** | | **$4,820.44** |
| Fed W/H | | | $102.24 | | $3,113.42 |
| FICA EE | | | $49.73 | | $1,383.47 |
| MEDICARE EE | | | $11.63 | | $323.55 |
| **Deductions** | | | **$24.75** | | **$397.00** |
| UNION DUES | | | $23.75 | | $380.00 |
| DRIVE | | | $1.00 | | $17.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$597.60** | | **$16,691.52** |
| Direct Deposit | 267084131 | XXXXX9903 | $597.60 | | |

## Other Payroll Information

| | |
|---|---|
| TOTAL HOURS | 21.0000 |
| Total Hours Worked | 21.0000 |

## Accruals & Balances

| | |
|---|---|
| Option Week Hours Balance: | 24.00 Hours |
| Option Day Days Balance: | 1.00 Days |
| Other Hours Balance: | 0.00 Hours |
| Vacation Hours Balance: | 40.00 Hours |

**Employer Name:** United Parcel Service
**Employer Phone:** 1-800-877-6947
**Employer Address:** 55 Glenlake Parkway NE
Atlanta, GA 30328

**Employee Name:** DAVID HOLGUIN
**Employee #:** 6021237
**Employee Address:** 7300 NW 114TH AVENUE APT 111
Doral, FL 33178
**Job Title:** 0311 - Bid Air Driver
**OpTypeCenterSort:** USA_07_40_FLMIA_PKG_3347
**SSN:** XXX-XX-1214

**Pay Date:** 4/17/2026
**Pay Period:** 4/5/2026 - 4/11/2026
**Deposit Advice #:** 247775441
**Pay Frequency:** Weekly
**Pay Rate:** 38.1900
**Federal Filing Status:** Single
**Federal Exemptions:** 0/$30.00
**State Filing Status:** (FL)
**State Exemptions:** (FL)

| | Current 4/5/2026 - 4/11/2026 | | | YTD As of 4/11/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **14.0000** | | **$534.66** | 457.8100 | **$21,512.00** |
| ADJUSTMENT | | | | 4.0000 | $1,689.20 |
| REGULAR | 14.0000 | 38.1900 | $534.66 | 417.8300 | $16,023.26 |
| OVERTIME | | | | 13.5300 | $786.35 |
| DOUBLETIME | | | | 2.4500 | $187.13 |
| GRIEVANCENNHRS | | | | | $2,062.26 |
| HOLIDAY | | | | 16.0000 | $611.04 |
| OPTWKTAKEN | | | | 4.0000 | $152.76 |
| **Pre-Tax Deductions** | | | **$10.69** | | **$388.99** |
| PRU 401K | | | $10.69 | | $388.99 |
| **Taxes** | | | **$111.69** | | **$4,656.84** |
| Fed W/H | | | $70.80 | | $3,011.18 |
| FICA EE | | | $33.14 | | $1,333.74 |
| MEDICARE EE | | | $7.75 | | $311.92 |
| **Deductions** | | | **$24.75** | | **$372.25** |
| UNION DUES | | | $23.75 | | $356.25 |
| DRIVE | | | $1.00 | | $16.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$387.53** | | **$16,093.92** |
| Direct Deposit | 267084131 | XXXXX9903 | $387.53 | | |

## Other Payroll Information

| | |
|---|---|
| TOTAL HOURS | 14.0000 |
| Total Hours Worked | 14.0000 |

## Accruals & Balances

| | |
|---|---|
| Option Week Hours Balance: | 24.00 Hours |
| Option Day Days Balance: | 1.00 Days |
| Other Hours Balance: | 0.00 Hours |
| Vacation Hours Balance: | 40.00 Hours |

dayforce

| | | | |
|---|---|---|---|
| **Employee Name:** | DAVID HOLGUIN | **Pay Date:** | 4/10/2026 |
| **Employee #:** | 6021237 | **Pay Period:** | 3/29/2026 - 4/4/2026 |
| **Employee Address:** | 7300 NW 114TH AVENUE APT 111 Doral, FL 33178 | **Deposit Advice #:** | 243636402 |
| | | **Pay Frequency:** | Weekly |
| | | **Pay Rate:** | 38.1900 |
| **Job Title:** | 0311 - Bid Air Driver | **Federal Filing Status:** | Single |
| **OpTypeCenterSort:** | USA_07_40_FLMIA_PKG_3347 | **Federal Exemptions:** | 0/$30.00 |
| | | **State Filing Status:** | (FL) |
| **SSN:** | XXX-XX-1214 | **State Exemptions:** | (FL) |

**Employer Name:** United Parcel Service
**Employer Phone:** 1-800-877-6947
**Employer Address:** 55 Glenlake Parkway NE
Atlanta, GA 30328

| | Current 3/29/2026 - 4/4/2026 | | | YTD As of 4/4/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **14.0000** | | **$534.66** | **443.8100** | **$20,977.34** |
| ADJUSTMENT | | | | 4.0000 | $1,689.20 |
| REGULAR | 14.0000 | 38.1900 | $534.66 | 403.8300 | $15,488.60 |
| OVERTIME | | | | 13.5300 | $786.35 |
| DOUBLETIME | | | | 2.4500 | $187.13 |
| GRIEVANCENNHRS | | | | | $2,062.26 |
| HOLIDAY | | | | 16.0000 | $611.04 |
| OPTWKTAKEN | | | | 4.0000 | $152.76 |
| **Pre-Tax Deductions** | | | **$10.69** | | **$378.30** |
| PRU 401K | | | $10.69 | | $378.30 |
| **Taxes** | | | **$111.70** | | **$4,545.15** |
| Fed W/H | | | $70.80 | | $2,940.38 |
| FICA EE | | | $33.15 | | $1,300.60 |
| MEDICARE EE | | | $7.75 | | $304.17 |
| **Deductions** | | | **$24.75** | | **$347.50** |
| UNION DUES | | | $23.75 | | $332.50 |
| DRIVE | | | $1.00 | | $15.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$387.52** | | **$15,706.39** |
| Direct Deposit | 267084131 | XXXXX9903 | $387.52 | | |

## Other Payroll Information

| | |
|---|---|
| TOTAL HOURS | 14.0000 |
| Total Hours Worked | 14.0000 |

## Accruals & Balances

| | |
|---|---|
| Option Week Hours Balance: | 24.00 Hours |
| Option Day Days Balance: | 1.00 Days |
| Other Hours Balance: | 0.00 Hours |
| Vacation Hours Balance: | 40.00 Hours |

dayforce

**Employer Name:** United Parcel Service
**Employer Phone:** 1-800-877-6947
**Employer Address:** 55 Glenlake Parkway NE
Atlanta, GA 30328

**Employee Name:** DAVID HOLGUIN
**Employee #:** 6021237
**Employee Address:** 7300 NW 114TH AVENUE APT 111
Doral, FL 33178
**Job Title:** 0311 - Bid Air Driver
**OpTypeCenterSort:** USA_07_40_FLMIA_PKG_3347
**SSN:** XXX-XX-1214

**Pay Date:** 4/3/2026
**Pay Period:** 3/22/2026 - 3/28/2026
**Deposit Advice #:** 239910342
**Pay Frequency:** Weekly
**Pay Rate:** 38.1900
**Federal Filing Status:** Single
**Federal Exemptions:** 0/$30.00
**State Filing Status:** (FL)
**State Exemptions:** (FL)

| | Current 3/22/2026 - 3/28/2026 | | | YTD As of 3/28/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **14.1700** | | **$541.15** | 429.8100 | **$20,442.68** |
| ADJUSTMENT | | | | 4.0000 | $1,689.20 |
| REGULAR | 14.1700 | 38.1900 | $541.15 | 389.8300 | $14,953.94 |
| OVERTIME | | | | 13.5300 | $786.35 |
| DOUBLETIME | | | | 2.4500 | $187.13 |
| GRIEVANCENNHRS | | | | | $2,062.26 |
| HOLIDAY | | | | 16.0000 | $611.04 |
| OPTWKTAKEN | | | | 4.0000 | $152.76 |
| **Pre-Tax Deductions** | | | **$10.82** | | **$367.61** |
| PRU 401K | | | $10.82 | | $367.61 |
| **Taxes** | | | **$112.97** | | **$4,433.45** |
| Fed W/H | | | $71.56 | | $2,869.58 |
| FICA EE | | | $33.56 | | $1,267.45 |
| MEDICARE EE | | | $7.85 | | $296.42 |
| **Deductions** | | | **$24.75** | | **$322.75** |
| UNION DUES | | | $23.75 | | $308.75 |
| DRIVE | | | $1.00 | | $14.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$392.61** | | **$15,318.87** |
| Direct Deposit | 267084131 | XXXXX9903 | $392.61 | | |

## Other Payroll Information

| | |
|---|---|
| TOTAL HOURS | 14.1700 |
| Total Hours Worked | 14.1700 |

## Accruals & Balances

| | |
|---|---|
| Option Week Hours Balance: | 24.00 Hours |
| Option Day Days Balance: | 1.00 Days |
| Other Hours Balance: | 0.00 Hours |
| Vacation Hours Balance: | 40.00 Hours |

dayforce

| | | | |
|---|---|---|---|
| **Employer Name:** United Parcel Service | **Employee Name:** DAVID HOLGUIN | **Pay Date:** | 3/24/2026 |
| **Employer Phone:** 1-800-877-6947 | **Employee #:** 6021237 | **Pay Period:** | 3/15/2026 - 3/21/2026 |
| **Employer Address:** 55 Glenlake Parkway NE Atlanta, GA 30328 | **Employee Address:** 7300 NW 114TH AVENUE APT 111 Doral, FL 33178 | **Check #:** | 0000380455 |
| | **Job Title:** 0311 - Bid Air Driver | **Pay Frequency:** | Weekly |
| | **OpTypeCenterSort:** USA_07_40_FLMIA_PKG_3347 | **Pay Rate:** | 38.1900 |
| | **SSN:** XXX-XX-1214 | **Federal Filing Status:** | Single |
| | | **Federal Exemptions:** | 0 |
| | | **State Filing Status:** | (FL) |
| | | **State Exemptions:** | (FL) |

| | Current 3/15/2026 - 3/21/2026 | | | YTD As of 3/21/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | | | **$611.04** | 397.3900 | **$19,204.56** |
| ADJUSTMENT | | | | 4.0000 | $1,689.20 |
| REGULAR | | | | 357.4100 | $13,715.82 |
| OVERTIME | | | | 13.5300 | $786.35 |
| DOUBLETIME | | | | 2.4500 | $187.13 |
| GRIEVANCENNHRS | | | $611.04 | | $2,062.26 |
| HOLIDAY | | | | 16.0000 | $611.04 |
| OPTWKTAKEN | | | | 4.0000 | $152.76 |
| **Pre-Tax Deductions** | | | | | **$342.85** |
| PRU 401K | | | | | $342.85 |
| **Taxes** | | | **$97.98** | | **$4,177.28** |
| Fed W/H | | | $51.25 | | $2,708.13 |
| FICA EE | | | $37.87 | | $1,190.68 |
| MEDICARE EE | | | $8.86 | | $278.47 |
| **Deductions** | | | | | **$273.25** |
| UNION DUES | | | | | $261.25 |
| DRIVE | | | | | $12.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$513.06** | | **$14,411.18** |
| Check | | | $513.06 | | |

dayforce

| | | | |
|---|---|---|---|
| **Employer Name:** United Parcel Service | **Employee Name:** DAVID HOLGUIN | **Pay Date:** | 3/27/2026 |
| **Employer Phone:** 1-800-877-6947 | **Employee #:** 6021237 | **Pay Period:** | 3/15/2026 - 3/21/2026 |
| **Employer Address:** 55 Glenlake Parkway NE Atlanta, GA 30328 | **Employee Address:** 7300 NW 114TH AVENUE APT 111 Doral, FL 33178 | **Deposit Advice #:** | 234229435 |
| | **Job Title:** 0311 - Bid Air Driver | **Pay Frequency:** | Weekly |
| | **OpTypeCenterSort:** USA_07_40_FLMIA_PKG_3347 | **Pay Rate:** | 38.1900 |
| | **SSN:** XXX-XX-1214 | **Federal Filing Status:** | Single |
| | | **Federal Exemptions:** | 0/$30.00 |
| | | **State Filing Status:** | (FL) |
| | | **State Exemptions:** | (FL) |

| | Current 3/15/2026 - 3/21/2026 | | | YTD As of 3/21/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **18.2500** | | **$696.97** | 415.6400 | **$19,901.53** |
| ADJUSTMENT | | | | 4.0000 | $1,689.20 |
| REGULAR | 18.2500 | 38.1900 | $696.97 | 375.6600 | $14,412.79 |
| OVERTIME | | | | 13.5300 | $786.35 |
| DOUBLETIME | | | | 2.4500 | $187.13 |
| GRIEVANCENNHRS | | | | | $2,062.26 |
| HOLIDAY | | | | 16.0000 | $611.04 |
| OPTWKTAKEN | | | | 4.0000 | $152.76 |
| **Pre-Tax Deductions** | | | **$13.94** | | **$356.79** |
| PRU 401K | | | $13.94 | | $356.79 |
| **Taxes** | | | **$143.20** | | **$4,320.48** |
| Fed W/H | | | $89.89 | | $2,798.02 |
| FICA EE | | | $43.21 | | $1,233.89 |
| MEDICARE EE | | | $10.10 | | $288.57 |
| **Deductions** | | | **$24.75** | | **$298.00** |
| UNION DUES | | | $23.75 | | $285.00 |
| DRIVE | | | $1.00 | | $13.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$515.08** | | **$14,926.26** |
| Direct Deposit | 267084131 | XXXXX9903 | $515.08 | | |

## Other Payroll Information

| | |
|---|---|
| TOTAL HOURS | 18.2500 |
| Total Hours Worked | 18.2500 |

## Accruals & Balances

| | |
|---|---|
| Option Week Hours Balance: | 24.00 Hours |
| Option Day Days Balance: | 1.00 Days |
| Other Hours Balance: | 0.00 Hours |
| Vacation Hours Balance: | 40.00 Hours |

dayforce

| | | | |
|---|---|---|---|
| **Employer Name:** United Parcel Service | **Employee Name:** DAVID HOLGUIN | **Pay Date:** | 3/20/2026 |
| **Employer Phone:** 1-800-877-6947 | **Employee #:** 6021237 | **Pay Period:** | 3/8/2026 - 3/14/2026 |
| **Employer Address:** 55 Glenlake Parkway NE Atlanta, GA 30328 | **Employee Address:** 7300 NW 114TH AVENUE APT 111 Doral, FL 33178 | **Deposit Advice #:** | 230693073 |
| | **Job Title:** O311 - Bid Air Driver | **Pay Frequency:** | Weekly |
| | **OpTypeCenterSort:** USA_07_40_FLMIA_PKG_3347 | **Pay Rate:** | 38.1900 |
| | **SSN:** XXX-XX-1214 | **Federal Filing Status:** | Single |
| | | **Federal Exemptions:** | 0/$30.00 |
| | | **State Filing Status:** | (FL) |
| | | **State Exemptions:** | (FL) |

| | Current 3/8/2026 - 3/14/2026 | | | YTD As of 3/14/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **17.7600** | | **$678.25** | 397.3900 | **$18,288.00** |
| ADJUSTMENT | | | | 4.0000 | $1,689.20 |
| REGULAR | 17.7600 | 38.1900 | $678.25 | 357.4100 | $13,715.82 |
| OVERTIME | | | | 13.5300 | $786.35 |
| DOUBLETIME | | | | 2.4500 | $187.13 |
| GRIEVANCENNHRS | | | | | $1,145.70 |
| HOLIDAY | | | | 16.0000 | $611.04 |
| OPTWKTAKEN | | | | 4.0000 | $152.76 |
| **Pre-Tax Deductions** | | | **$13.57** | | **$342.85** |
| PRU 401K | | | $13.57 | | $342.85 |
| **Taxes** | | | **$139.58** | | **$4,039.79** |
| Fed W/H | | | $87.68 | | $2,640.75 |
| FICA EE | | | $42.06 | | $1,133.86 |
| MEDICARE EE | | | $9.84 | | $265.18 |
| **Deductions** | | | **$24.75** | | **$273.25** |
| UNION DUES | | | $23.75 | | $261.25 |
| DRIVE | | | $1.00 | | $12.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$500.35** | | **$13,632.11** |
| Direct Deposit | 267084131 | XXXXX9903 | $500.35 | | |

## Other Payroll Information

| | |
|---|---|
| TOTAL HOURS | 17.7600 |
| Total Hours Worked | 17.7600 |

## Accruals & Balances

| | |
|---|---|
| Option Week Hours Balance: | 24.00 Hours |
| Option Day Days Balance: | 1.00 Days |
| Other Hours Balance: | 0.00 Hours |
| Vacation Hours Balance: | 40.00 Hours |

**Employer Name:** United Parcel Service
**Employer Phone:** 1-800-877-6947
**Employer Address:** 55 Glenlake Parkway NE Atlanta, GA 30328

**Employee Name:** DAVID HOLGUIN
**Employee #:** 6021237
**Employee Address:** 7300 NW 114TH AVENUE APT 111 Doral, FL 33178
**Job Title:** 0311 - Bid Air Driver
**OpTypeCenterSort:** USA_07_40_FLMIA_PKG_3347
**SSN:** XXX-XX-1214

**Pay Date:** 3/19/2026
**Pay Period:** 3/8/2026 - 3/14/2026
**Check #:** 0000378367
**Pay Frequency:** Weekly
**Pay Rate:** 38.1900
**Federal Filing Status:** Single
**Federal Exemptions:** 0
**State Filing Status:** (FL)
**State Exemptions:** (FL)

| | Current 3/8/2026 - 3/14/2026 | | | YTD As of 3/14/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | **$305.52** | 379.6300 | **$17,915.27** |
| ADJUSTMENT | | | | 4.0000 | $1,689.20 |
| REGULAR | | | | 339.6500 | $13,037.57 |
| OVERTIME | | | | 13.5300 | $786.35 |
| DOUBLETIME | | | | 2.4500 | $187.13 |
| GRIEVANCENNHRS | | | $305.52 | | $1,451.22 |
| HOLIDAY | | | | 16.0000 | $611.04 |
| OPTWKTAKEN | | | | 4.0000 | $152.76 |
| **Pre-Tax Deductions** | | | | | **$329.28** |
| PRU 401K | | | | | $329.28 |
| **Taxes** | | | **$39.51** | | **$3,939.72** |
| Fed W/H | | | $16.13 | | $2,569.20 |
| FICA EE | | | $18.95 | | $1,110.75 |
| MEDICARE EE | | | $4.43 | | $259.77 |
| **Deductions** | | | | | **$248.50** |
| UNION DUES | | | | | $237.50 |
| DRIVE | | | | | $11.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$266.01** | | **$13,397.77** |
| Check | | | $266.01 | | |

## Accruals & Balances

| | |
|---|---|
| Option Week Hours Balance: | 24.00 Hours |
| Option Day Days Balance: | 1.00 Days |
| Other Hours Balance: | 0.00 Hours |
| Vacation Hours Balance: | 40.00 Hours |

dayforce

| | | | |
|---|---|---|---|
| **Employee Name:** | DAVID HOLGUIN | **Pay Date:** | 3/17/2026 |
| **Employee #:** | 6021237 | **Pay Period:** | 3/8/2026 - 3/14/2026 |
| **Employee Address:** | 7300 NW 114TH AVENUE APT 111<br>Doral, FL 33178 | **Check #:** | 0000367662 |
| | | **Pay Frequency:** | Weekly |
| | | **Pay Rate:** | 38.1900 |
| **Job Title:** | 0311 - Bid Air Driver | **Federal Filing Status:** | Single |
| **OpTypeCenterSort:** | USA_07_40_FLMIA_PKG_3347 | **Federal Exemptions:** | 0 |
| | | **State Filing Status:** | (FL) |
| **SSN:** | XXX-XX-1214 | **State Exemptions:** | (FL) |

**Employer Name:** United Parcel Service
**Employer Phone:** 1-800-877-6947
**Employer Address:** 55 Glenlake Parkway NE
Atlanta, GA 30328

| | Current 3/8/2026 - 3/14/2026 | | | YTD As of 3/14/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | | | **$1,145.70** | 379.6300 | **$17,609.75** |
| ADJUSTMENT | | | | 4.0000 | $1,689.20 |
| REGULAR | | | | 339.6500 | $13,037.57 |
| OVERTIME | | | | 13.5300 | $786.35 |
| DOUBLETIME | | | | 2.4500 | $187.13 |
| GRIEVANCENNHRS | | | $1,145.70 | | $1,145.70 |
| HOLIDAY | | | | 16.0000 | $611.04 |
| OPTWKTAKEN | | | | 4.0000 | $152.76 |
| **Pre-Tax Deductions** | | | | | **$329.28** |
| PRU 401K | | | | | $329.28 |
| **Taxes** | | | **$206.27** | | **$3,900.21** |
| Fed W/H | | | $118.63 | | $2,553.07 |
| FICA EE | | | $71.03 | | $1,091.80 |
| MEDICARE EE | | | $16.61 | | $255.34 |
| **Deductions** | | | | | **$248.50** |
| UNION DUES | | | | | $237.50 |
| DRIVE | | | | | $11.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$939.43** | | **$13,131.76** |
| Check | | | $939.43 | | |

dayforce

| | | | |
|---|---|---|---|
| Employer Name: United Parcel Service | Employee Name: DAVID HOLGUIN | Pay Date: | 3/13/2026 |
| Employer Phone: 1-800-877-6947 | Employee #: 6021237 | Pay Period: | 3/1/2026 - 3/7/2026 |
| Employer Address: 55 Glenlake Parkway NE, Atlanta, GA 30328 | Employee Address: 7300 NW 114TH AVENUE APT 111, Doral, FL 33178 | Deposit Advice #: | 226662692 |
| | Job Title: 0311 - Bid Air Driver | Pay Frequency: | Weekly |
| | OpTypeCenterSort: USA_07_40_FLMIA_PKG_3347 | Pay Rate: | 38.1900 |
| | SSN: XXX-XX-1214 | Federal Filing Status: | Single |
| | | Federal Exemptions: | 0/$30.00 |
| | | State Filing Status: | (FL) |
| | | State Exemptions: | (FL) |

| | Current 3/1/2026 - 3/7/2026 | | | YTD As of 3/7/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **26.9900** | | **$1,030.75** | 379.6300 | **$16,464.05** |
| ADJUSTMENT | | | | 4.0000 | $1,689.20 |
| REGULAR | 26.9900 | 38.1900 | $1,030.75 | 339.6500 | $13,037.57 |
| OVERTIME | | | | 13.5300 | $786.35 |
| DOUBLETIME | | | | 2.4500 | $187.13 |
| HOLIDAY | | | | 16.0000 | $611.04 |
| OPTWKTAKEN | | | | 4.0000 | $152.76 |
| **Pre-Tax Deductions** | | | **$20.62** | | **$329.28** |
| PRU 401K | | | $20.62 | | $329.28 |
| **Taxes** | | | **$208.00** | | **$3,693.94** |
| Fed W/H | | | $129.14 | | $2,434.44 |
| FICA EE | | | $63.91 | | $1,020.77 |
| MEDICARE EE | | | $14.95 | | $238.73 |
| **Deductions** | | | **$24.75** | | **$248.50** |
| UNION DUES | | | $23.75 | | $237.50 |
| DRIVE | | | $1.00 | | $11.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$777.38** | | **$12,192.33** |
| Direct Deposit | 267084131 | XXXXX9903 | $777.38 | | |

## Other Payroll Information

| | |
|---|---|
| TOTAL HOURS | 26.9900 |
| Total Hours Worked | 26.9900 |

## Accruals & Balances

| | |
|---|---|
| Option Week Hours Balance: | 24.00 Hours |
| Option Day Days Balance: | 1.00 Days |
| Other Hours Balance: | 0.00 Hours |
| Vacation Hours Balance: | 40.00 Hours |

dayforce

| | | | |
|---|---|---|---|
| **Employer Name:** United Parcel Service | **Employee Name:** DAVID HOLGUIN | **Pay Date:** | 3/6/2026 |
| **Employer Phone:** 1-800-877-6947 | **Employee #:** 6021237 | **Pay Period:** | 2/22/2026 - 2/28/2026 |
| **Employer Address:** 55 Glenlake Parkway NE Atlanta, GA 30328 | **Employee Address:** 7300 NW 114TH AVENUE APT 111 Doral, FL 33178 | **Deposit Advice #:** | 222728898 |
| | **Job Title:** 0311 - Bid Air Driver | **Pay Frequency:** | Weekly |
| | **OpTypeCenterSort:** USA_07_40_FLMIA_PKG_3347 | **Pay Rate:** | 38.1900 |
| | **SSN:** XXX-XX-1214 | **Federal Filing Status:** | Single |
| | | **Federal Exemptions:** | 0/$30.00 |
| | | **State Filing Status:** | (FL) |
| | | **State Exemptions:** | (FL) |

| | Current 2/22/2026 - 2/28/2026 | | | YTD As of 2/28/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **35.1100** | | **$1,340.85** | **352.6400** | **$15,433.30** |
| ADJUSTMENT | | | | 4.0000 | $1,689.20 |
| REGULAR | 35.1100 | 38.1900 | $1,340.85 | 312.6600 | $12,006.82 |
| OVERTIME | | | | 13.5300 | $786.35 |
| DOUBLETIME | | | | 2.4500 | $187.13 |
| HOLIDAY | | | | 16.0000 | $611.04 |
| OPTWKTAKEN | | | | 4.0000 | $152.76 |
| **Pre-Tax Deductions** | | | **$26.82** | | **$308.66** |
| PRU 401K | | | $26.82 | | $308.66 |
| **Taxes** | | | **$288.23** | | **$3,485.94** |
| Fed W/H | | | $185.66 | | $2,305.30 |
| FICA EE | | | $83.13 | | $956.86 |
| MEDICARE EE | | | $19.44 | | $223.78 |
| **Deductions** | | | **$24.75** | | **$223.75** |
| UNION DUES | | | $23.75 | | $213.75 |
| DRIVE | | | $1.00 | | $10.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$1,001.05** | | **$11,414.95** |
| Direct Deposit | 267084131 | XXXXX9903 | $1,001.05 | | |

## Other Payroll Information

| | |
|---|---|
| TOTAL HOURS | 35.1100 |
| Total Hours Worked | 35.1100 |

## Accruals & Balances

| | |
|---|---|
| Option Week Hours Balance: | 24.00 Hours |
| Option Day Days Balance: | 1.00 Days |
| Other Hours Balance: | 0.00 Hours |
| Vacation Hours Balance: | 40.00 Hours |

| | | | |
|---|---|---|---|
| **Employer Name:** United Parcel Service | **Employee Name:** DAVID HOLGUIN | **Pay Date:** | 2/27/2026 |
| **Employer Phone:** 1-855-207-6223 | **Employee #:** 6021237 | **Pay Period:** | 2/15/2026 - 2/21/2026 |
| **Employer Address:** 55 Glenlake Parkway NE Atlanta, GA 30328 | **Employee Address:** 7300 NW 114TH AVENUE APT 111 Doral, FL 33178 | **Deposit Advice #:** | 218729404 |
| | **Job Title:** 0311 - Bid Air Driver | **Pay Frequency:** | Weekly |
| | **OpTypeCenterSort:** USA_07_40_FLMIA_PKG_3347 | **Pay Rate:** | 38.1900 |
| | **SSN:** XXX-XX-1214 | **Federal Filing Status:** | Single |
| | | **Federal Exemptions:** | 0/$30.00 |
| | | **State Filing Status:** | (FL) |
| | | **State Exemptions:** | (FL) |

| | Current 2/15/2026 - 2/21/2026 | | | YTD As of 2/21/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **34.6200** | | **$1,322.14** | **317.5300** | **$14,092.45** |
| ADJUSTMENT | | | | 4.0000 | $1,689.20 |
| REGULAR | 34.6200 | 38.1900 | $1,322.14 | 277.5500 | $10,665.97 |
| OVERTIME | | | | 13.5300 | $786.35 |
| DOUBLETIME | | | | 2.4500 | $187.13 |
| HOLIDAY | | | | 16.0000 | $611.04 |
| OPTWKTAKEN | | | | 4.0000 | $152.76 |
| **Pre-Tax Deductions** | | | **$26.44** | | **$281.84** |
| PRU 401K | | | $26.44 | | $281.84 |
| **Taxes** | | | **$282.77** | | **$3,197.71** |
| Fed W/H | | | $181.63 | | $2,119.64 |
| FICA EE | | | $81.97 | | $873.73 |
| MEDICARE EE | | | $19.17 | | $204.34 |
| **Deductions** | | | **$24.75** | | **$199.00** |
| UNION DUES | | | $23.75 | | $190.00 |
| DRIVE | | | $1.00 | | $9.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$988.18** | | **$10,413.90** |
| Direct Deposit | 267084131 | XXXXX9903 | $988.18 | | |

## Other Payroll Information

| | |
|---|---|
| TOTAL HOURS | 34.6200 |
| Total Hours Worked | 34.6200 |

## Accruals & Balances

| | |
|---|---|
| Option Week Hours Balance: | 24.00 Hours |
| Option Day Days Balance: | 1.00 Days |
| Other Hours Balance: | 0.00 Hours |
| Vacation Hours Balance: | 40.00 Hours |

dayforce

**Employer Name:** United Parcel Service
**Employer Phone:** 1-855-207-6223
**Employer Address:** 55 Glenlake Parkway NE Atlanta, GA 30328

**Employee Name:** DAVID HOLGUIN
**Employee #:** 6021237
**Employee Address:** 7300 NW 114TH AVENUE APT 111 Doral, FL 33178
**Job Title:** 0311 - Bid Air Driver
**OpTypeCenterSort:** USA_07_40_FLMIA_PKG_3347
**SSN:** XXX-XX-1214

**Pay Date:** 2/20/2026
**Pay Period:** 2/8/2026 - 2/14/2026
**Deposit Advice #:** 214244421
**Pay Frequency:** Weekly
**Pay Rate:** 38.1900
**Federal Filing Status:** Single
**Federal Exemptions:** 0/$30.00
**State Filing Status:** (FL)
**State Exemptions:** (FL)

| | Current 2/8/2026 - 2/14/2026 | | | YTD As of 2/14/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **40.5600** | | **$1,559.68** | 282.9100 | **$12,770.31** |
| ADJUSTMENT | | | | 4.0000 | $1,689.20 |
| REGULAR | 40.0000 | 38.1900 | $1,527.60 | 242.9300 | $9,343.83 |
| OVERTIME | 0.5600 | 57.2850 | $32.08 | 13.5300 | $786.35 |
| DOUBLETIME | | | | 2.4500 | $187.13 |
| HOLIDAY | | | | 16.0000 | $611.04 |
| OPTWKTAKEN | | | | 4.0000 | $152.76 |
| **Pre-Tax Deductions** | | | **$31.19** | | **$255.40** |
| PRU 401K | | | $31.19 | | $255.40 |
| **Taxes** | | | **$352.16** | | **$2,914.94** |
| Fed W/H | | | $232.84 | | $1,938.01 |
| FICA EE | | | $96.70 | | $791.76 |
| MEDICARE EE | | | $22.62 | | $185.17 |
| **Deductions** | | | **$24.75** | | **$174.25** |
| UNION DUES | | | $23.75 | | $166.25 |
| DRIVE | | | $1.00 | | $8.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$1,151.58** | | **$9,425.72** |
| Direct Deposit | 267084131 | XXXXX9903 | $1,151.58 | | |

## Other Payroll Information

| | |
|---|---|
| TOTAL HOURS | 40.5600 |
| Total Hours Worked | 40.5600 |

## Accruals & Balances

| | |
|---|---|
| Option Week Hours Balance: | 24.00 Hours |
| Option Day Days Balance: | 1.00 Days |
| Other Hours Balance: | 0.00 Hours |
| Vacation Hours Balance: | 40.00 Hours |

dayforce

| | | | |
|---|---|---|---|
| **Employer Name:** United Parcel Service | **Employee Name:** DAVID HOLGUIN | **Pay Date:** | 2/13/2026 |
| **Employer Phone:** 1-855-207-6223 | **Employee #:** 6021237 | **Pay Period:** | 2/1/2026 - 2/7/2026 |
| **Employer Address:** 55 Glenlake Parkway NE Atlanta, GA 30328 | **Employee Address:** 7300 NW 114TH AVENUE APT 111 Doral, FL 33178 | **Deposit Advice #:** | 210451534 |
| | **Job Title:** 0311 - Bid Air Driver | **Pay Frequency:** | Weekly |
| | **OpTypeCenterSort:** USA_07_40_FLMIA_PKG_3347 | **Pay Rate:** | 38.1900 |
| | **SSN:** XXX-XX-1214 | **Federal Filing Status:** | Single |
| | | **Federal Exemptions:** | 0/$30.00 |
| | | **State Filing Status:** | (FL) |
| | | **State Exemptions:** | (FL) |

| | Current 2/1/2026 - 2/7/2026 | | | YTD As of 2/7/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **31.8700** | | **$1,217.12** | **242.3500** | **$11,210.63** |
| ADJUSTMENT | | | | 4.0000 | $1,689.20 |
| REGULAR | 31.8700 | 38.1900 | $1,217.12 | 202.9300 | $7,816.23 |
| OVERTIME | | | | 12.9700 | $754.27 |
| DOUBLETIME | | | | 2.4500 | $187.13 |
| HOLIDAY | | | | 16.0000 | $611.04 |
| OPTWKTAKEN | | | | 4.0000 | $152.76 |
| **Pre-Tax Deductions** | | | **$24.34** | | **$224.21** |
| PRU 401K | | | $24.34 | | $224.21 |
| **Taxes** | | | **$252.09** | | **$2,562.78** |
| Fed W/H | | | $158.99 | | $1,705.17 |
| FICA EE | | | $75.46 | | $695.06 |
| MEDICARE EE | | | $17.64 | | $162.55 |
| **Deductions** | | | **$24.75** | | **$149.50** |
| UNION DUES | | | $23.75 | | $142.50 |
| DRIVE | | | $1.00 | | $7.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$915.94** | | **$8,274.14** |
| Direct Deposit | 267084131 | XXXXX9903 | $915.94 | | |

## Other Payroll Information

| | |
|---|---|
| TOTAL HOURS | 31.8700 |
| Total Hours Worked | 31.8700 |

## Accruals & Balances

| | |
|---|---|
| Option Week Hours Balance: | 24.00 Hours |
| Option Day Days Balance: | 1.00 Days |
| Other Hours Balance: | 0.00 Hours |
| Vacation Hours Balance: | 40.00 Hours |

dayforce



https://upspayroll.dayforcehcm.com/MyDayforce/u/sONmTcqfvE..FYXJuaW5nPyZPbk5hdmlnYXRlPUNyZWF0ZU5ld1JlcXVlc3Q%3D 5/19/26, 18:03
Página 1 de 2

| | | | |
|---|---|---|---|
| **Employer Name:** United Parcel Service | **Employee Name:** DAVID HOLGUIN | **Pay Date:** | 2/6/2026 |
| **Employer Phone:** 1-855-207-6223 | **Employee #:** 6021237 | **Pay Period:** | 1/25/2026 - 1/31/2026 |
| **Employer Address:** 55 Glenlake Parkway NE Atlanta, GA 30328 | **Employee Address:** 7300 NW 114TH AVENUE APT 111 Doral, FL 33178 | **Deposit Advice #:** | 206601554 |
| | **Job Title:** 0311 - Bid Air Driver | **Pay Frequency:** | Weekly |
| | **OpTypeCenterSort:** USA_07_40_FLMIA_PKG_3347 | **Pay Rate:** | 38.1900 |
| | **SSN:** XXX-XX-1214 | **Federal Filing Status:** | Single |
| | | **Federal Exemptions:** | 0/$30.00 |
| | | **State Filing Status:** | (FL) |
| | | **State Exemptions:** | (FL) |

| | Current 1/25/2026 - 1/31/2026 | | | YTD As of 1/31/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **31.1200** | | **$1,194.21** | **210.4800** | **$9,993.51** |
| ADJUSTMENT | 4.0000 | 38.1900 | $152.76 | 4.0000 | $1,689.20 |
| REGULAR | 26.8200 | 38.1900 | $1,024.26 | 171.0600 | $6,599.11 |
| OVERTIME | 0.3000 | 57.2850 | $17.19 | 12.9700 | $754.27 |
| DOUBLETIME | | | | 2.4500 | $187.13 |
| HOLIDAY | | | | 16.0000 | $611.04 |
| OPTWKTAKEN | | | | 4.0000 | $152.76 |
| **Pre-Tax Deductions** | | | **$23.88** | | **$199.87** |
| PRU 401K | | | $23.88 | | $199.87 |
| **Taxes** | | | **$245.41** | | **$2,310.69** |
| Fed W/H | | | $154.05 | | $1,546.18 |
| FICA EE | | | $74.04 | | $619.60 |
| MEDICARE EE | | | $17.32 | | $144.91 |
| **Deductions** | | | **$24.75** | | **$124.75** |
| UNION DUES | | | $23.75 | | $118.75 |
| DRIVE | | | $1.00 | | $6.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$900.17** | | **$7,358.20** |
| Direct Deposit | 267084131 | XXXXX9903 | $900.17 | | |

## Other Payroll Information

| | |
|---|---|
| TOTAL HOURS | 27.1200 |
| Total Hours Worked | 27.1200 |

## Accruals & Balances

| | |
|---|---|
| Option Week Hours Balance: | 24.00 Hours |
| Option Day Days Balance: | 1.00 Days |
| Other Hours Balance: | 0.00 Hours |
| Vacation Hours Balance: | 40.00 Hours |

dayforce