**ORDERED in the Southern District of Florida on November 5, 2026.**

Peter D. Russin, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: David Holguin Sepulveda

Debtor /

Case No.: 26-20121-PDR
Chapter 7

**AGREED ORDER SUBSTITUTING COUNSEL FOR DEBTOR**

**THIS CAUSE** having come upon this Court Ex-Parte upon the Agreed Stipulation for Substitution of Counsel For Debtor(s) ECF#23 and the parties having agreed and the Court being fully advised in the premises it is thereupon:

**ORDERED AND ADJUDGED:**

1. That JOSE A. BLANCO be and the same is hereby substituted as counsel of record for Debtor(s), David Holguin Sepulveda , and further that ISMAEL JOSE LABRADOR be and the same is withdrawn as counsel of record for Debtor(s) herein and relieved of further responsibility in connection herewith.

# # #

This Order prepared by: Jose A. Blanco, Esquire, 102 East 49th Street, Hialeah, FL 33013

Jose A. Blanco, Esq. must serve a copy of this order on the debtor, all creditors, and all indenture trustees and must file a certificate of service as required by Local Rule 9036-2.